**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Odil Antonio RODRIGUEZ–MORENO,**
**Defendant–Appellant.**

No. 16-40166
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/14/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee

Odil Antonio Rodriguez–Moreno, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Odil Antonio Rodriguez–Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez–Moreno has filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rodriguez–Moreno's response. Although Rodriguez–Moreno signed a document entitled "Decision Regarding My Appeal" in which he stated

that he wished to appeal only his sentence, we have reviewed the validity of both the conviction and sentence. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.